August 25, 1947

**No. 51876.**—*Geo. S. Bush & Co., Inc.* v. *United States*, protest 111000–K.—
Plaintiff's application for rehearing granted.

Before the First Division, August 27, 1947

**No. 51877.**—India Products Co. et al. *v.* United States, protests 68926–K, etc. (Los Angeles and San Francisco).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51878.**—M. E. Dey & Co., Inc., et al. *v.* United States, protests 123912–K, etc. (Milwaukee, etc.).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51879.**—American Express Co. et al. *v.* United States, protests 128333–K/947, etc. (Chicago, etc.).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51880.**—William J. Oberle, Inc., et al. *v.* United States, protests 578882–G/9478, etc. (New Orleans, etc.).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51881.**—Balfour Guthrie & Co., Ltd., et al. *v.* United States, protests 612617–G, etc. (Baltimore, etc.).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.